**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Zachary J. Ayre, SBN 356392
zayre@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF SISKIYOU
*(Exempt from Filing Fees Pursuant to Government Code § 6103)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAO THAO, | Case No. 2:23-cv-02563-DJC-CKD |
| Plaintiffs, | **DEFENDANT COUNTY OF SISKIYOU'S JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| COUNTY OF SISKIYOU, and DOES 1, THROUGH 50, | Date: September 18, 2025<br>Time: 1:30 P.M.<br>Courtroom: 7, 14th Floor |
| Defendants. / | Complaint Filed: 11/06/2023 |

Pursuant to the court's Scheduling Order dated March 1, 2024 (ECF No. 7), Defendant COUNTY OF SISKIYOU hereby submit this Joint[1] Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment.

**STATEMENT OF FACTS**

| | JOINT UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE |
|---|---|
| 1. | On 7/25/2022, Sgt Sam Kubowitz, as part of the Siskiyou County Sheriff's Department's ("Sheriff's Department") Marijuana Eradication Team, conducted aerial surveillance in the area of Klamath River County Estates and took several photos of greenhouses, plants, as well as a GPS location of the properties for later reference. |

---

[1] Counsel for the parties met and conferred regarding a draft, and this document is intended to reflect those efforts. Counsel for Plaintiff was sent this version as a final, but he did not respond prior to filing of the instant motion.

1

**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT**

|   |   |
|---|---|
| 1. | Declaration of Sam Kubowitz at 2; Request for Judicial Notice |
| 2. | On 8/8/2022, Sgt. Kubowitz reviewed the photos and identified hundreds of marijuana plants being cultivated. Using Parcel Quest, Sgt. Kubowitz identified one property as APN 104-320-100, and the other as APN: 104-320-090.<br><br>Declaration of Sam Kubowitz at 3; Request for Judicial Notice |
| 3. | On 8/10/2022, Siskiyou County Sheriff's Department obtained a search warrant for real property APN: 104-320-100, (#2022-195) ("the Property")<br><br>Search and affidavit of probable cause, Exhibit A to Request for Judicial Notice |
| 4. | On 8/10/2022, Siskiyou County Sheriff's Department obtained a search warrant for real property APN: 104-320-090 (#2022-204)<br><br>Search and Affidavit of Probable Cause, Exhibit B to Request for Judicial Notice |
| 5. | On 8/16/2022, the search warrants were executed at both properties.<br><br>Declaration of Sam Kubowitz at 4. |
| 6. | Plaintiff did not own or live at APN: 104-320-100<br><br>Request for Admissions No. 1; Deposition of Plaintiff, p.9:4-12 |
| 7. | Plaintiff did not own or live at APN: 104-320-090<br><br>Request for Admissions No. 1, 2; Deposition of Plaintiff p.14:9-15; |
| 8. | Plaintiff did not own or live at 6350 Clark Road, Hornbrook, CA 96044<br><br>Request for Admissions No. 1; Deposition of Plaintiff, p.9:4-12 |
| 9. | Plaintiff did not have any privacy interest in either of the properties subject to the search warrants.<br><br>Request for Admissions No. 21; Deposition of Plaintiff p.9:7-15; p.14:14-18 |
| 10. | On 8/16/2022, Plaintiff was present during the execution of the warrants.<br><br>Request for Admissions No. 12; Deposition of Plaintiff p.18:23-p.19:1 |
| 11. | Plaintiff was taken into custody outside on one of the properties that the warrants were being executed.<br><br>Request for Admissions No. 13, 20; Deposition of Plaintiff, p. 19:2-24 |

Dated: July 25, 2025        PORTER SCOTT
                                     A PROFESSIONAL CORPORATION

                                     By /s/ John R. Whitefleet
                                         John R. Whitefleet
                                         Zachary J. Ayre
                                         Attorneys for Defendant

**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT**